UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MACHINERY PAVER SALES, INC.

VERSUS

BOMAG AMERICAS, INC.

CIVIL ACTION

NO. 06-697-D-M3

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 OCT -1  P 4: 27

SIGN_____
BY DEPUTY CLERK

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 12, 2007 (doc. no. 12). The plaintiff has filed an objection which merely restates its prior arguments and has been duly considered.

Accordingly, the plaintiffs' Motion to Remand (doc. no. 9) is DENIED.

Baton Rouge, Louisiana, this 1st day of October, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE